UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KEAN ALLEN,<br>    Plaintiff,<br>    v.<br>E. CUDJOE,<br>    Defendant. | Case No. 17-cv-06802-KAW (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Keith Kean Allen, a state prisoner incarcerated at the California State Prison in Sacramento, California ("SAC"), has filed a civil rights action under 42 U.S.C. § 1983 asserting claims against an employee at the California Medical Facility in Vacaville, CA.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Vacaville, and Defendant is located in Vacaville, which is in the Eastern District of California. Venue, therefore, properly lies in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The

Clerk of the Court shall terminate all motions and transfer the case forthwith.

IT IS SO ORDERED.

Dated: December 20, 2017

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE